IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHAD M. MORRIS,

    Petitioner,

v.                                        CASE NO.: 5:12cv365-SPM/CJK

FLORIDA ATTORNEY GENERAL, et al.,

    Respondents.

_____/

## O R D E R

    This cause comes before the court by petitioner's Motion for Extension of Time to File Objections to the Magistrate's Order. (Doc. 8). Upon consideration, it is hereby ORDERED that petitioner's motion (doc. 8) is GRANTED. Petitioner shall have up to an including January 27, 2013, to file an objection to the magistrate judge's order.

    **SO ORDERED** this 7th day of January, 2013.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**