UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


CHAD M. MORRIS,

    Petitioner,

v.                                                         5:12cv365-WS/CJK

FLORIDA ATTORNEY GENERAL,
et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 14) docketed March 15, 2013. The magistrate judge recommends that this case be dismissed without prejudice pursuant to the plaintiff's motion for voluntary dismissal.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated into this order by reference.

2. The petitioner's "Notice to Dismiss," construed as a motion for voluntary dismissal, is GRANTED.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   30th   day of   April  , 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE